

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

NOV 0 5 2012

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOHN B. DOUCET<br>    LA. DOC # 428957<br>VS. | CIVIL ACTION NO. 6:12-cv-0892<br><br>SECTION P<br><br>JUDGE RICHARD T. HAIK, SR. |
| WARDEN, FRANKLIN<br>PARISH DETENTION CENTER | MAGISTRATE JUDGE C. MICHAEL HILL |

### JUDGMENT

For the reasons stated in the Report and Recommendation and the Supplemental Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that petitioner's second and successive Application for Writ of *Habeas Corpus* be transferred to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. § 2244(b)(3) for further proceedings by that Court.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 5 day of November, 2012.

RICHARD T. HAIK, SR.
**UNITED STATES DISTRICT JUDGE**